**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa Marie Connelly <u>Debtor(s)</u> | BKY. NO. 11-08003 MDF<br><br>CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset B, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9256

                      Respectfully submitted,

                      **/s/ Thomas Puleo**
                      Thomas Puleo, Esquire
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406
                      Attorney for Movant/Applicant