Certificate Number: 05781-PAM-DE-028847930

Bankruptcy Case Number: 11-08003



05781-PAM-DE-028847930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2017, at 8:25 o'clock AM PST, Lisa Connelly completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 2, 2017

By: /s/Allison M Geving

Name: Allison M Geving

Title: President