```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                  Case No. 11-08003-RNO
Lisa Marie Connelly                                     Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

```
District/off: 0314-1         User: MMchugh        Page 1 of 1         Date Rcvd: May 16, 2017
                             Form ID: fnldec       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db               +Lisa Marie Connelly,   3637 Roser Road,   Glen Rock, PA 17327-8128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Craig S. Sharnetzka    on behalf of Debtor Lisa Marie Connelly csharnetzka@cgalaw.com,
           tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
          ECMC   djwilcoxson@ecmc.org
          Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, et al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, et al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa Marie Connelly
aka Lisa M. Connelly
3637 Roser Road
Glen Rock, PA 17327

Chapter 13
Case No. 1:11−bk−08003−RNO

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−4802

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  May 16, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk